Troy D. Monge, Esq.
Law Offices of Troy D. Monge, APC
2300 E. Katella Ave, Suite 325
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Elia Osorno

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIA OSORNO, | ) No. 8:25-cv-02521-AYP |
| | ) |
| Plaintiff, | ) **[PROPOSED] ORDER AWARDING** |
| | ) **EQUAL ACCESS TO JUSTICE** |
| v. | ) **ACT ATTORNEY FEES AND** |
| | ) **COSTS** |
| FRANK BISIGNANO, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of THREE THOUSAND NINE HUNDRED SIXTY DOLLARS and NINETY-SEVEN CENTS ($3,960.97), and costs under 28 U.S.C. § 1920, in the

/ / /

/ / /

/ / /

1

amount of ZERO DOLLARS AND NO CENTS ($0.00), subject to the terms of the above-referenced Stipulation.

Dated:  May 22, 2026

_____

THE HONORABLE ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE

2